UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**FRAYNE AERON WISKUS,**       Civil No. 06-3023 DSD/SRN

    **Plaintiff,**

v.

    ORDER

**UNITED STATES OF AMERICA,**
**U.S. DEPT. OF JUSTICE, FBOP,**
**WARDEN SHERROD, A.W. GARCIA,**
**SIS LT. BAKER, SIS LT SNIDER,**
**R&D MR. ESPINOZA, L-E UNIT MGR.**
**MS. LEWELLYN, L-E UNIT COUNSELOR**
**MS. TABOR, C.O. PROPERTY OFFICER**
**MR. FORD, CO-CONSPIRATOR**
**S. LEYBA, LEGAL INSTRUMENTS EXAMINER,**

    **Defendants.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 19, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

The Clerk of Court is directed to transfer this action to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1406(a).

DATED: August 4, 2006.

                                  s/David S. Doty
                                  Judge David S. Doty
                                  United States District Court Judge